Prob 12B
(7/93)

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 APR 25 AM 11:42

OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

for

District of Nebraska

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

| | |
|---|---|
| Name of Offender: | Remberto Antonio Leyva-Rivas    Docket Number: 8:01CR275 |
| Sentencing Judge: | The Honorable Laurie Smith Camp<br>United States District Judge |
| Date of Original Sentence: | August 26, 2002 |
| Original Offense: | Interstate Transportation of Stolen Property [18 U.S.C. 2314] |
| Original Sentence: | Five years Probation |
| Type of Supervision: | Probation |
| Date Supervision Commenced: | August 26, 2002 |

## PETITIONING THE COURT

__    To extend the term of supervision for _____, for a total term of _____.

_X_   **To modify the conditions of supervision as follows:**

**Participate in an outpatient substance abuse treatment program and submit to drug and alcohol testing as instructed by the probation officer. He shall refrain from using illicit drugs and abusing prescription medication during the period of supervision.**

**Participate in a program for home detention with electronic monitoring for a period not to exceed six (6) months. The cost of electronic monitoring to be waived.**

CAUSE

Mr. Leyva-Rivas is being supervised by United States Probation Officer Rachel M. Salamanca from the Central District of California. On or about June 29, 2005, the offender was arrested by officers of the Los Angeles Police Department for terrorist threats, in violation of Section 422 of the California Penal Code. On

**LEYVA-RIVAS, Remberto Antonio**
**Request for Modifying the Conditions of Supervision**
**April 24, 2006**

July 1, 2005, the offender was charged in the Superior Court of California, County of Los Angeles, with making a criminal threat, exhibiting a deadly weapon other than a firearm, vandalism, and public intoxication. After pleading nolo contendere to making a criminal threat, he was found guilty and placed on probation for 36 months with conditions to include 45 days jail; in lieu of jail, perform 30 days maintenance for the California Department of Transportation; pay $191 restitution; and attend 104 Alcoholics Anonymous meetings at the rate of two meetings per week. The remaining charges were dismissed.

Due to the fact the offender failed to notify the United States Probation Office within 72 hours of being arrested, or report the new conviction after having been given several opportunities, it appears appropriate to modify Mr. Leyva-Rivas' conditions of supervision. The modification provides both a controlling and correctional intervention. Mr. Leyva-Rivas concurs with the proposed additional conditions and has signed the attached Waiver modifying his conditions.

It is respectfully recommended that the Court modify the conditions of probation.

Respectfully submitted,

Douglas D. Steensma
U.S. Probation Officer

Date: April 24, 2006

Prepared By:
Mary Benes, Administrative Assistant

## THE COURT ORDERS

___  No Action

___  The Extension of Supervision as Noted Above

_X_  The Modification of Conditions as Noted Above

___  Other

The Honorable Laurie Smith Camp
U.S. District Judge

Date 4/25/06

PROB 49
(3/89)

# United States District Court

District _____of Nebraska_____

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

As a special condition of supervision, Remberto Antonio Leyva-Rivas shall (1) participate in an outpatient substance abuse treatment program and submit to drug and alcohol testing, as instructed by the Probation Officer. Further, he shall refrain from using illicit drugs and abusing prescription medication during the period of supervision; and, (2) participate in a program for home detention with electronic monitoring for a period not to exceed six (6) months. The cost of electronic monitoring to be waived.

Witness _____          Signed _____
         U.S. Probation Officer                    Probationer or Supervised Releasee

                         3-2-06
                         _____
                         Date